FILED

U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 22  PM 3: 29

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Savannah Division

United States of America

v.

Kara Marie McCoy

)
)
)
)
)
)
)
)
)

Case No:  4:06CR00377-1

USM No:  12973-021

Richard M. Darden
*Defendant's Attorney*

Date of Original Judgment:  July 30, 2007
Date of Previous Amended Judgment:  N/A
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  July 30, 2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  10/22/15

_____
*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*